IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

| | |
|---|---|
| Billy Parker and Carolyn Parker,<br><br>      Plaintiffs,<br><br>  v.<br><br>Comenity LLC d/b/a Comenity Bank,<br><br>      Defendant. | Civil Action No.: 2:15CV59-KS-MTP |

## VOLUNTARY DISMISSAL WITH PREJUDICE

    Plaintiff, Billy Parker and Carolyn Parker, by and through their attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Date: October 27, 2015

                                  RESPECTFULLY SUBMITTED,
                                  By: /s/ Shireen Hormozdi
                                  Shireen Hormozdi
                                  Krohn & Moss, Ltd
                                  10474 Santa Monica Blvd. Suite 405
                                  Los Angeles, CA 90025
                                  Tel: (323) 988-2400 x 267/Fax: (866) 861-1390
                                  Email: shormozdi@consumerlawcenter.com
                                  Mississippi Bar No. 103799

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2015, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff
